

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00471-CV

**IN THE INTEREST OF J.M.H.**, A Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02505
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on September 9, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court